**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SONG-HWA LIU, et al., )
                                      Plaintiffs, )   Case No. 2:13-cv-1543-GMN-NJK
)
vs. )   **ORDER**
)
FEDERAL DEPOSIT INSURANCE )   (IFP App - Dkt. #1)
CORPORATION, )
                                      Defendant. )

This matter is before the court on Plaintiff Penny L. Davis' Application to Proceed *In Forma Pauperis* (Dkt. #1) filed August 26, 2013. Plaintiff has requested authority, pursuant to 28 U.S.C. § 1915, to proceed *in forma pauperis,* and submitted a Complaint. This proceeding was referred to this court by Local Rule IB 1-9.

Plaintiff has submitted an incomplete Application to Proceed *In Forma Pauperis*. Plaintiff has not responded fully to questions 5 and 8. Namely, Plaintiff indicates in question 6 that she has a home loan and property tax payment; however, in question 5 she fails to list her home as an asset and in question 8 she fails to indicate the amount due on the home loan she is paying. As a result, the court cannot properly evaluate Plaintiff's *In Forma Pauperis* Application, and her Application will be denied without prejudice. The Clerk of Court shall retain the Complaint.

Additionally, plaintiffs are advised that each plaintiff must file their own separate application to proceed *in forma pauperis*, since filing fees must be paid unless each plaintiff applies for and is granted leave to proceed *in forma pauperis*. *See Gulbransen v. Far N. Reg'l Ctr.*, 2011 WL 2462994, *1 (E.D. Cal. June 17, 2011). Therefore, plaintiff Song-Hwa Liu and plaintiff Hui-Ping Kuo Liu must each file their own separate application to proceed *in forma pauperis*.

Accordingly,

**IT IS ORDERED**:

1. Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #1) is DENIED WITHOUT PREJUDICE.
2. The Clerk of Court shall mail each plaintiff a blank application, and plaintiffs shall have until **September 30, 2013,** in which to submit the completed application or pay the $400.00 filing fee.
3. Failure to comply with this order will result in a recommendation to the district judge for dismissal.

Dated this  28th day of August, 2013.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE