# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SONG-HWA LIU, et al.,<br><br>          Plaintiffs,<br>  vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>          Defendant. | Case No.: 2:13-cv-01543-GMN-NJK<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE NANCY J. KOPPE** |

      Before the Court for consideration is the Report and Recommendation (ECF No. 4) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered October 2, 2013, regarding Plaintiffs' failure to comply with the Court's Order filed on August 28, 2013 (ECF No. 2).

      Pursuant to Local Rule IB 3-2(a), objections were due by October 19, 2013.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Koppe's Recommendation should be **ACCEPTED**.

      **IT IS THEREFORE ORDERED** that Plaintiff Davis's Application to Proceed *In Forma Pauperis* is hereby **DENIED**, and this action is hereby **DISMISSED without prejudice** to the Plaintiffs' ability to commence a new action in which they either pay the appropriate filing fee in full or submit completed applications to proceed *in forma pauperis*.

      **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

      **DATED** this 5th day of November, 2013.

_____
Gloria M. Navarro
United States District Judge